# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  SORIN 3T      :      MDL DOCKET NO. 2816
HEATER-COOLER SYSTEM      :      Civil Action No. 1:18-MD-2816
PRODUCTS LIABILITY      :
LITIGATION (NO. II)      :      Hon. John E. Jones, III
     :
     :      THIS DOCUMENT RELATES TO:
     :      Edward Ray Waddell v. Sorin Group
          USA, Inc., et al., Case No. 1:18-cv-
     :      00261-JEJ

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41

Plaintiff, Edward Ray Waddell, hereby voluntarily dismisses this action, without prejudice, as to all Defendants.  All parties will bear their own costs. Upon confirmation that a final settlement payment has been made, Plaintiff agrees that this action will be dismissed with prejudice as to all Defendants.

Dated: October 4, 2019

/s/ James L. Ward, Jr.          /s/ Jared B. Briant
James L. Ward, Jr.          Jared B. Briant (CO # 35773)
McGowan, Hood & Felder, LLC      Faegre Baker Daniels LLP
321 Wingo Way, Suite 103      3200 Wells Fargo Center
Mt. Pleasant, SC 29464      1700 Lincoln Street
Telephone: 843-388-7202      Denver, CO 80203-4520
Facsimile: 843-388-3194      Telephone: 303-607-3500
jward@mcgowanhood.com      Facsimile: 303-607-3600
     jared.briant@faegrebd.com

| | |
|---|---|
| S. Randall Hood | Linda S. Svitak (MN # 0178500) |
| McGowan, Hood & Felder, LLC | Delmar R. Ehrich (MN # 0148660) |
| 1539 Health Care Drive | Faegre Baker Daniels LLP |
| Rock Hill, SC 29732 | 2200 Wells Fargo Center |
| Telephone: 803-327-7800 | 90 South Seventh Street |
| rhood@mcgowanhood.com | Minneapolis, MN 55402 |
| | Telephone:  612-766-7000 |
| J. Stephen Welch | Facsimile:   612-766-1600 |
| McGowan, Hood & Felder, LLC | linda.svitak@faegrebd.com |
| P.O. Box 1788 | delmar.ehrich@faegrebd.com |
| 1501 N. Fant Street | |
| Anderson, SC  29622-1778 (29621) | |
| Telephone: 864-225-6228 | |
| swelch@mcgowanhood.com | |

**Counsel for Plaintiff**          **Counsel for Defendant**

## CERTIFICATE OF SERVICE

I, Margaret M. Zylstra, hereby certify that on October 4, 2019 the foregoing Stipulation of Voluntary Dismissal was filed and made available to all counsel of record via CM/ECF.

*Margaret M. Zylstra*
Margaret M. Zylstra